UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
CASE NO.: 4:15-cv-00132-D

| | |
|---|---|
| COURIER EXPRESS/RALEIGH, INC. )<br>)<br>)<br>Plaintiff )<br>v )<br>)      ORDER<br>)<br>JOHN and JANE DOES 1-10 )<br>)<br>)<br>Defendants )<br>_____ ) | |

Having reviewed Plaintiff's Motion for Limited Expedited Discovery, Memorandum of Law in Support, and otherwise being fully advised in the previsions, it is hereby entered as an Order of this Court as follows:

Plaintiff may proceed with issuing subpoenas to Microsoft Corporation/Hotmail.com and to Craigslist in the form attached as Exhibits 1 and 2 to Plaintiff's Motion for the purpose of learning the identification of the defendants in the above captioned civil action.

IT IS SO ORDERED, this the   2   day of September, 2015.

                                          _____
                                          HONORABLE JAMES C. DEVER III
                                          UNITED STATES DISTRICT COURT