IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-132-D

| | |
|---|---|
| COURIER EXPRESS/RALEIGH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN AND JANE DOES 1–10, ) <br> ) <br> Defendants. ) | **ORDER** |

On August 10, 2015, plaintiff filed a complaint in this court [D.E. 1]. On September 7, 2015, the court granted plaintiff's motion for limited discovery [D.E. 7]. On March 30, 2016, the court, the clerk sent notice to plaintiff of failure to make service on defendants John and Jane Does 1–10 within 120 days of the filing of the complaint and warned plaintiff about the consequences of failing to make service [D.E. 8].

Plaintiff has failed to serve the summons and complaint on defendants John and Jane Does 1–10 within 120 days of the filing of the complaint. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, plaintiff's case against defendants John and Jane Does 1–10 is dismissed without prejudice. See Fed. R. Civ. P. 4(m).

SO ORDERED. This 19 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge